**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 98.243.68.232**

**ISP:** Comcast Cable
**Physical Location:** Grand Rapids, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/17/2017 19:36:05 | 29796B5A62224484FB829BF3B84DDB3E02CE4F71 | Would You Fuck My Girlfriend |
| 10/25/2017 09:02:57 | 311FC1754315324ABD3FF2E50D5683275A04031F | In Love With Little Caprice |
| 10/18/2017 09:57:28 | 84E441EB7F9EEA34B1CD08C515422B3A3575EEF8 | Hot Winter Fox |
| 10/01/2017 23:50:20 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 09/30/2017 12:37:52 | 6ED2A239551D79E2BC1C725943E63028B2D2E420 | Welcome To The Jungle |
| 09/26/2017 16:58:24 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 07/28/2017 18:30:43 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

NWMI115