**Copyrights-In-Suit for IP Address 98.243.68.232**

**ISP:** Comcast Cable
**Location:** Grand Rapids, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Would You Fuck My Girlfriend | PENDING | 11/10/2017 | 11/28/2017 | 11/17/2017 |
| In Love With Little Caprice | PA0001974993 | 09/30/2015 | 11/03/2015 | 10/25/2017 |
| Hot Winter Fox | PA0001974018 | 12/02/2015 | 01/18/2016 | 10/18/2017 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 10/01/2017 |
| Welcome To The Jungle | PENDING | 08/18/2017 | 08/30/2017 | 09/30/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 09/26/2017 |
| Emerald Love | PENDING | 07/22/2017 | 08/30/2017 | 07/28/2017 |

**Total Malibu Media, LLC Copyrights Infringed: 7**

EXHIBIT B

NWMI115